236 So.2d 727

**Timothy BICE**

v.

**W. R. JONES et al.**
**Ex parte W. R. JONES.**

**6 Div. 775.**

Supreme Court of Alabama.

June 11, 1970.

Rainey & Taylor, Birmingham, for petitioner.

William M. Acker, Birmingham, opposed.

COLEMAN, Justice.

Petition of W. R. Jones for certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Bice v. Jones, 45 Ala.App. 709, 236 So.2d 718.

Writ denied.

All the Justices concur except MADDOX, J., not sitting.

240 So.2d 699

**In re Ralph BLACKMON and Jimmy Cox**

v.

**·STATE.**

**Ex parte Ralph Blackmon and Jimmy Cox.**

**5 Div. 908.**

Supreme Court of Alabama.

Nov. 5, 1970.

Paul J. Hooton, Hooton & Hooton, Roanoke, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

McCALL, Justice.

Petition of Ralph Blackmon and Jimmy Cox for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Blackmon v. State, 46 Ala.App. 274, 240 So.2d 696 (5 Div. 5).

Writ denied.

SIMPSON, MERRILL, COLEMAN, HARWOOD, BLOODWORTH and MADDOX, JJ., concur.

245 So.2d 570

**In re Irvin R. CHERNIS**

v.

**STATE of Alabama.**

**Ex parte Irvin R. Chernis, alias.**

**6 Div. 672.**

Supreme Court of Alabama.

Feb. 18, 1971.

Fred Blanton and Morel Montgomery, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., for the State.

COLEMAN, Justice.

Petition of Irvin R. Chernis, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Chernis v. State of Alabama, 46 Ala.App. 533, 245 So.2d 569 (6 Div. 4).

Writ denied.

HEFLIN, C. J., and SIMPSON, BLOODWORTH and McCALL, JJ., concur.